UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al., | CASE NO. CV F 13-0484 LJO SKO |
| Plaintiffs, | **ORDER ON REQUEST TO CONTINUE HEARING ON SUMMARY ADJUDICATION MOTION** (Doc. 43.) |
| vs. | |
| KS CHANDI & SONS, INC., et al., | |
| Defendants. | |

Remaining defendants KS Chandi & Sons, Inc. and Chandi Brothers, LLC (collectively "defendants") filed their motion seeking summary adjudication of plaintiffs Jagjeevan K. Dhaliwal and Mohinder S. Gill's (collectively "plaintiff's") involuntary dissolution claim and set a February 4, 2014 hearing. Plaintiffs seek to continue the hearing given the trial schedule of their counsel and indicate that defense counsel failed to respond to their request to continue the February 4, 2014 hearing.

On the basis of good cause, this Court:

1. VACATES the February 4, 2014 summary adjudication hearing;

2. ORDERS plaintiffs, no later than February 17, 2014, to file and serve their papers to oppose summary adjudication;

3. ORDERS defendants, no later than February 24, 2014, to file and serve their

1

optional summary adjudication reply papers;

      4.     ORDERS the parties not to appear for a summary adjudication hearing in that this Court will rule on the motion without a hearing, unless this Court orders otherwise;

      5.     ORDERS defendants, no later than January 10, 2014, to file and serve papers to show cause why sanctions should not be imposed on defendants or their counsel for failure to respond the plaintiffs' request to continue the hearing and to cooperate with plaintiffs' counsel; and

      6.     ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders, must extend professional courtesies to one another to avoid unnecessary Court intervention, and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

    Dated:   **January 6, 2014**                  **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE