# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, an Individual and MOHINDER S. GILL, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KS CHANDI & SONS, INC., a California Corporation, and CHANDI BROTHERS, LLC, a California Limited Liability Corporation,<br><br>Defendants. | Case No.: 1:13-CV-00484<br><br>ORDER STRIKING PLAINTIFFS' UNILATERAL PRETRIAL STATEMENT (DOC. 101) AND<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

This case is set for trial on October 15, 2014. Doc. 38. A pretrial conference is set for August 27, 2014. *Id*. Pursuant to Local Rule 281(a) and the Scheduling order in this case, not less than seven (7) days prior to the pretrial conference, the parties "shall file a <u>joint</u> pretrial statement" in the form prescribed by Local Rule 281(b). *See id*.(emphasis added). On August 20, 2014, Plaintiffs filed a <u>unilateral</u> pretrial statement. Doc. 101. Later than day, Defendants likewise filed a unilateral pretrial statement, indicating that they had been "left with no choice" but to do so because Plaintiffs' counsel unilaterally filed a pretrial statement after abandoning the meet and confer process." Doc. 102 at 1.

Assuming the representations made by Defense counsel to be true, this Court STRIKES Plaintiffs' unilateral pretrial statement, Doc. 101, and ORDERS PLAINTIFFS TO SHOW CAUSE in writing on or before 3:00 p.m. August 22, 2014 why this case should not be dismissed for failure to prosecute in light of Plaintiffs' failure to abide by the local rules and the scheduling order.

IT IS SO ORDERED.

Dated:   **August 21, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE