# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al., | Case No.  1:13-cv-00484-LJO-SAB |
| Plaintiffs, | ORDER NOTIFYING PARTIES OF REQUIREMENTS FOR SETTLEMENT CONFERENCE |
| v. | |
| NIRMAL SINGH, et al., | |
| Defendants. | |

A settlement conference is currently set for September 23, 2014 at 10:00 a.m. before the undersigned.  Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms[1] at the conference.

*Confidential Settlement Conference Statement:*  The parties have previously submitted Confidential Settlement Conference Statements in this instance.  Therefore, the parties shall not submit a new Confidential Settlement Statement, but may submit a supplement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov at least seven (7) days prior to

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1

the settlement conference if necessary.  The supplemental statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each supplemental statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case.  As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference.  Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated:   **September 4, 2014**

UNITED STATES MAGISTRATE JUDGE