Matthew C. Bradford, Esq. (196798)
Marc B. Robinson, Esq. (119364)
**ROBINSON BRADFORD LLP**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:     (209) 954-9001
Facsimile:      (209) 954-9091

Attorney for Defendants KS CHANDI & SONS,
INC. and CHANDI BROTHERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NIRMAL SINGH, et al.,<br><br>Defendants. | CASE NO. 1:13-CV-00484-LJO-SKO<br><br>**ORDER FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION**<br><br>**Judge:  Hon. Lawrence J. O'Neill**<br><br>Date Complaint Filed: April 3, 2013 |

Pursuant to the Court's Order of September 16, 2014 (Doc. 214), the Notice of Pendency of Action recorded on August 11, 2014 as document No. 2014-0052097-00 of the Official Records of Stanislaus County, California (Doc. 103-1 at 3) is EXPUNGED.

The Clerk of Court is directed to provide a certified copy of this order to counsel at the above address.

**SO ORDERED**
**Dated: September 18, 2014**

                                        /s/ Lawrence J. O'Neill
                                        **United States District Judge**

1