# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAGJEEVAN K. DHALIWAL AND MOHINDER S. GILL,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**KS CHANDI & SONS, INC. AND CHANDI BROTHERS, LLC,**<br><br>**Defendants.** | **OLD CASE NO: 1:13-cv-484-LJO-SKO**<br><br>**NEW CASE NO: 1:13-cv-484-SKO**<br><br>**ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES** |

Pursuant to 28 U.S.C. § 636(c)(1), all parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment. Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Sheila K. Oberto for all further purposes and proceedings. Further papers shall bear the new case number **1:13-cv-484-SKO**.

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Oberto as necessary. The Court notes that the parties have expressed an interest in scheduling a settlement conference. Magistrate Judge Oberto's chambers will coordinate that process.

IT IS SO ORDERED.

Dated:   **August 19, 2015**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE