# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NIRMAL SINGH, et al., <br><br> Defendants. | Case No.  1:13-cv-00484-SAB <br><br> ORDER FOLLOWING SETTLEMENT, VACATING DATES ,AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SIXTY-FIVE DAYS |

On January 27, 2016, the Court conducted a settlement conference in this action.  During the settlement conference, the parties reached a settlement agreement.  Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within sixty-five (65) days from the date of service of this order; and
3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated: __**January 27, 2016**__

_____
UNITED STATES MAGISTRATE JUDGE

1