# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al., | Case No. 1:13-cv-00484-SKO |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENTS BY MARCH 11, 2016 |
| v. | |
| NIRMAL SINGH, et al., | |
| Defendants. | |

On January 27, 2016, this Court conducted a settlement conference at which the parties reached a settlement agreement. The parties were ordered to file dispositive documents within sixty five-days. On March 3, 2016, at the parties' request, an informal telephonic conference was held to discuss a dispute regarding the settlement. The parties were advised to work together to resolve the issue and to request further assistance from the Court if necessary. On March 4, 2016, a further conference was set at the request of the parties to address the terms of the settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. Each party shall submit a confidential statement regarding the current post-settlement dispute to saborders@caed.uscourts.gov by close of business **Friday, March 11, 2016**. The parties are advised that if the Court finds that the settlement was not negotiated in good faith, sanctions may be imposed against the

parties and their counsel. If, based on the confidential settlement statements and discussions on March 14, it appears that the settlement was not negotiated in good faith or that the efforts post-settlement were done in bad faith, the Court will conduct an evidentiary hearing during the March 15, 2016 conference and impose sanctions against the offending party, which may include counsel and/or parties.

2. The parties and their respective counsel shall personally appear for a settlement conference on **March 15, 2016 at 10:30 a.m.** in Courtroom 9; and

3. If the parties are able to settle this matter without Court intervention, they shall file a notice informing the Court that no further court intervention is needed by close of business on **Monday, March 14, 2016**.

IT IS SO ORDERED.

Dated:   **March 9, 2016**

UNITED STATES MAGISTRATE JUDGE