# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al., | Case No. 1:13-cv-00484-SKO |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FIFTEEN DAYS |
| v. | |
| NIRMAL SINGH, et al., | |
| Defendants. | |

On March 15, 2016, the Court conducted an informal conference regarding a dispute of the settlement reached in this action.  During the conference, the parties executed the settlement agreement.  Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive documents within fifteen (15) days.

IT IS SO ORDERED.

Dated:   **March 15, 2016**

_____
UNITED STATES MAGISTRATE JUDGE