# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al., | Case No. 1:13-cv-00484-SKO |
| Plaintiffs, | ORDER TO FILE SETTLEMENT AGREEMENT UNDER SEAL |
| v. | |
| NIRMAL SINGH, et al., | |
| Defendants. | |

On March 15, 2015, an informal conference was held regarding a dispute as to the settlement reached in this action. During the settlement conference the parties executed the settlement agreement. Due to the history of this action, the animosity of the parties, and the parties' inability to execute the settlement agreement without intervention by the Court, the Court finds that it is necessary for the settlement document to be filed in this action. Since the parties seek confidentiality of the settlement agreement and this document would not be filed but for the Court's concerns regarding future issues with the agreement, the Court finds compelling reasons exist to file the settlement agreement and escrow instructions under seal.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to file the settlement agreement and escrow instructions under seal.

IT IS SO ORDERED.

Dated:   **March 15, 2016**

UNITED STATES MAGISTRATE JUDGE