# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, an Individual and MOHINDER S. GILL, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KS CHANDI & SONS, INC., a California Corporation, and CHANDI BROTHERS, LLC, California Limited Liability Corporation. | Case No.  1:13-CV-00484 <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys, that pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, each party to bear any remaining costs and attorneys' fees pursuant to the Settlement Agreement and Mutual Release ("Settlement Agreement").  This stipulation is signed by counsel for all parties in this action.  This Court will retain jurisdiction for the purpose of enforcing the Settlement Agreement.

Respectfully submitted,

Dated:  March 17, 2016                    /s/ Lee Durst

                                          _____
                                          Lee Durst, Esq.
                                          Attorney for Plaintiffs
                                          JAGJEEVAN K. DHALIWAL and
                                          MOHINDER S. GILL

Dated:  March 22, 2016                    /s/ Marc Robinson

                                          _____
                                          Marc Robinson, Esq.
                                          Attorney for Defendants
                                          KS CHANDI & SONS,  INC. and
                                          CHANDI BROTHERS, LLC

ORDER

IT IS SO ORDERED.

Dated:   **March 23, 2016**              **_/s/ Sheila K. Oberto_**
                                          UNITED STATES MAGISTRATE JUDGE