# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NIRMAL SINGH, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-00484-SKO<br><br>ORDER REQUIRING PARTIES TO FILE NOTICED MOTION |

On March 15, 2016, the Court conducted an informal conference regarding a dispute of the settlement reached in this action. During the conference, the parties executed the settlement agreement. Due to the history of the parties in this action and the possibility of future issues with the settlement agreement, the Court had the parties file the settlement agreement under seal. On March 15, 2016, the settlement agreement was filed under seal; and on March 23, 2016, the parties filed a stipulation to dismiss the action with prejudice. On March 24, 2016, Judge Oberto signed an order dismissing the action and retaining jurisdiction over the settlement of the action. The matter was closed.

On July 12, 2016, the undersigned's courtroom deputy received an e-mail from the plaintiffs in this action indicating that the defendants have filed a new state court action based on the released claims. Plaintiffs are seeking an order allowing release the settlement agreement for use in the state court action.

1

In order to receive any relief in this action, the parties must file a noticed motion before the Court. Additionally, Plaintiffs in this action are represented by counsel; and therefore, any motion seeking relief must be filed through counsel. Plaintiffs are advised that they may not engage in ex parte communication with the court to obtain relief.

IT IS SO ORDERED.

Dated:   **July 13, 2016**

UNITED STATES MAGISTRATE JUDGE