# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEEVAN K. DHALIWAL, et al., | Case No. 1:13-cv-00484-SKO |
| Plaintiffs, | ORDER VACATING SEPTEMBER 28, 2016 HEARING |
| v. | |
| NIRMAL SINGH, et al., | |
| Defendants. | |

Plaintiff Jagjeevan Dhaliwal and Mohinder Gil filed a request for release of the settlement agreement and motion for sanctions that is set for oral argument on September 28, 2016. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Accordingly, the previously scheduled hearing set on September 28, 2016, at 10:00 a.m. in Courtroom is HEREBY VACATED; and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **September 23, 2016**                                       /s/ 
                                                          UNITED STATES MAGISTRATE JUDGE

1